**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-02508-EWN

UNITED STATES OF AMERICA,

      Petitioner,

  v.

RANDY E. JONES,

      Respondent.

**ORDER**

Upon defendants' Motion to Dismiss, filed with this Court on January 10, 2006, IT IS ORDERED that the Motion to Dismiss is GRANTED. This action is dismissed with prejudice. Each side shall bear its own costs and attorney's fees.

Dated this 17th day of January, 2006.

                BY THE COURT:

                s/ Edward W. Nottingham
                EDWARD W. NOTTINGHAM
                United States District Judge